UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESUS TORRES,                                            No. C-13-00289 (DMR)

        Plaintiff(s),                              **ORDER**

    v.

MARK ROZENGURT ET AL,

        Defendant(s).
_____/

    On February 22, 2013, the court received a letter from *pro se* Defendants Mark and Anna Rozengurt, which appears was not sent to Plaintiff Jesus Torres. The court informs Defendants that they are not permitted to make communications with the court without copying Plaintiff. Therefore, the court orders Defendants to copy Plaintiff in all future correspondence with the court.

    The court further directs Defendants to the *pro se* Handbook, which they may access on the Court's website: www.cand.uscourts.gov/proselitigants  Defendants may also contact the Legal Help Desk at the following telephone number: 415-782-9000 x8657.

    IT IS SO ORDERED.

Dated: February 22, 2013

                                                            DONNA M. RYU
                                                            United States Magistrate Judge